**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar 12225
joshh@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

**HODGES & FOTY, LLP**
Don J. Foty *Admitted Pro Hac Vice*
dfoty@hftrialfirm.com
4409 Montrose Blvd., Ste. 200
Houston, TX, 77006
Tel. (713) 523-0016
Fax. (713) 523-0016

**THE LAZZARO LAW FIRM, LLC**
Anthony J. Lazzaro, *Admitted Pro Hac Vice*
anthony@lazzarolawfirm.com
The Heritage Building, Ste. 250
34555 Chagrin Blvd.
Moreland Hills, OH 44022
Tel. (216) 696-500
Fax. (216) 696-7005

**NILGES DRAHER LLC**
Hans A. Nilges (Admitted Pro Hac Vice)
hnilges@ohlaborlaw.com
7034 Braucher St., NW, Ste. B
North Canton, OH 44720
Tel. (330) 470-4428
Fax. (330) 754-1430

*Attorneys for Plaintiff and the Putative Class*

**LITTLER MENDELSON, P.C.**
Roger L. Grandgenett II, Nev. Bar No. 6323
rgrandgenett@littler.com
Emil Kim, Nev. Bar No. 14894
ekim@littler.com
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169.5937
Tel. (702) 862-8800
Fax. (702) 862-8811

Christian A. Angotti, *admitted pro hac vice*
cangotti@littler.com
Sean P. Dawson, *admitted pro hac vice*
sdawson@littler.com
Robert W. Pritchard, *admitted pro hac vice*
rpritchard@littler.com
625 Liberty Avenue, 26th floor
Pittsburgh, PA 15222
Tel. (412) 201-7628
Fax. (412) 774-1957

*Attorneys for Defendant*

/ / /

/ / /

/ / /

– 1 –
STIPULATION TO EXTEND STAY PENDING FURTHER SETTLEMENT DISCUSSIONS
AND ORDER THEREON

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FALLINE on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORECIVIC OF TENNESSEE, LLC; and DOES 1-50,<br><br>　　　　Defendant. | Case No.: 2:21-cv-01802-CDS-BNW<br><br>**STIPULATION TO EXTEND STAY PENDING FURTHER SETTLEMENT DISCUSSIONS AND ORDER THEREON** |
| ANTHONY TURNER on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORECIVIC OF TENNESSEE, LLC; and DOES 1-50,<br><br>　　　　Defendant. | |

The Parties in this case, Plaintiff MICHAEL FALLINE ("Plaintiff Falline") by and through his counsel of record, HODGES & FOTY LLP, THE LAZZARO LAW FIRM, LLC, and NILGES DRAHER LLC, along with Plaintiff ANTHONY TURNER ("Plaintiff Turner") by and through his counsel of record, THIERMAN BUCK, LLP, and Defendant CORECIVIC OF TENNESSEE, LLC ("CoreCivic"), by and through their counsel of record, LITTLER MENDELSON, P.C., hereby request and stipulate an extension of the Stay in these related cases ordered in Case No. 2:22-cv-00775 ("Turner Case") at ECF No. 30, pending further early settlement discussions ("Stay")[1].

---

[1] On July 21, 2022, Plaintiff Michael Falline and Plaintiff Anthony Turner filed and the Court granted an Unopposed Motion to Consolidate and Transfer their two similar actions against Defendant CoreCivic of Tennessee, LLC ("CoreCivic"). See Case No. 2:21-cv-01802 ("Falline Case") ECF No. 32-33, and Case No. 2:22-cv-00775 ("Turner Case") ECF No. 23; 27.

The purpose of the Stay is to promote judicial economy and allow this court to more effectively control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and the litigants. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Pate v. DePay Orthopedics, Inc.*, 2012 WL 3532780, at * 2 (D. Nev. Aug. 14, 2012) ("A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case."), *citing Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979).

The Parties participated in mediation on October 11, 2022, with Mediator Carole Katz in an attempt to resolve all claims in this action. At the conclusion of the mediation session on October 11, 2022, the parties agreed to keep the mediation open and continue engaging in meaningful dialogue and to continue to explore the possibility of early resolution through negotiation communications. Therefore, and in light of the parties' efforts to continue negotiations up through the holiday season, the Parties request an additional seventy-five (75) calendar days to continue settlement negotiations ("Stay period"). Accordingly, upon the expiration of the extended Stay period:

1) Should the Parties reach a settlement, the parties shall file their motion for approval of the settlement by no later than the date of expiration of the stay.

2) Should the Parties be unsuccessful at resolving all claims, the Parties shall set forth an updated proposed discovery plan and scheduling order.

/ / /

/ / /

---

Accordingly, the Court designated Plaintiff Falline's case as the lead case for purposes of the consolidation. *See* Falline Case ECF No. 33. The Court also ordered that "all future filings in these cases shall be filed in the lead case." *Id*.

This Stipulation is made in good faith and not for the purposes of undue burden or delay.

**IT IS SO STIPULATED:**

Dated this 26th day of October 2022 | Dated this 26th day of October 2022

THIERMAN BUCK, LLP | LITTLER MENDELSON, P.C.

/s/ Leah L. Jones | /s/ Christian A. Angotti
Mark R. Thierman, No. 8285 | Roger L. Grandgenett II, Bar No. 6323
Joshua D. Buck, No. 12187 | Emil Kim, Nev. Bar No. 14894
Leah L. Jones, No. 13161 | 3960 Howard Hughes Parkway, Suite 300
Joshua R. Hendrickson, No. 12225 | Las Vegas, NV 89169.5937
7287 Lakeside Drive
Reno, Nevada 89511

Christian A. Angotti, *admitted pro hac vice*
Sean P. Dawson, *admitted pro hac vice*
Robert W. Pritchard, *admitted pro hac vice*
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222

HODGES & FOTY, LLP
Don J. Foty *Admitted Pro Hac Vice*
4409 Montrose Blvd., Ste. 200
Houston, TX, 77006

*Attorneys for Defendant*

THE LAZZARO LAW FIRM, LLC
Anthony J. Lazzaro, *Admitted Pro Hac Vice*
The Heritage Building, Ste. 250
34555 Chagrin Blvd.
Moreland Hills, OH 44022

NILGES DRAHER LLC
Hans A. Nilges (Admitted Pro Hac Vice)
7034 Braucher St., NW, Ste. B
North Canton, OH 44720

*Attorneys for Plaintiff and the Putative Class*

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

- 4 -
STIPULATION TO EXTEND STAY PENDING FURTHER SETTLEMENT DISCUSSIONS
AND ORDER THEREON

## ORDER

**IT IS HEREBY ORDERED** that the parties' Stipulation and Order to extend the Stay for seventy-five (75) calendar days in the above captioned matter is **granted**.

**IT IS FURTHER ORDERED** that the parties will submit a Joint Status Report no later than seventy-five (75) calendar days from the entry of this Order to inform the court if the parties have come to an early resolution.

1) Should the parties reach a settlement, the parties shall file their motion for approval of the settlement by no later than the date of expiration of the stay.

2) Should the parties be unsuccessful at resolving all claims, the parties shall set forth an updated proposed discovery plan and scheduling order.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: November 1, 2022