| | |
|---|---|
| **THIERMAN BUCK, LLP**<br>Mark R. Thierman, Nev. Bar No. 8285<br>mark@thiermanbuck.com<br>Joshua D. Buck, Nev. Bar No. 12187<br>josh@thiermanbuck.com<br>Leah L. Jones, Nev. Bar No. 13161<br>leah@thiermanbuck.com<br>Joshua R. Hendrickson, Nev. Bar 12225<br>joshh@thiermanbuck.com<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Tel. (775) 284-1500<br>Fax. (775) 703-5027<br><br>**HODGES & FOTY, LLP**<br>Don J. Foty *Admitted Pro Hac Vice*<br>dfoty@hftrialfirm.com<br>4409 Montrose Blvd., Ste. 200<br>Houston, TX, 77006<br>Tel. (713) 523-0016<br>Fax. (713) 523-0016<br><br>**THE LAZZARO LAW FIRM, LLC**<br>Anthony J. Lazzaro, *Admitted Pro Hac Vice*<br>anthony@lazzarolawfirm.com<br>The Heritage Building, Ste. 250<br>34555 Chagrin Blvd.<br>Moreland Hills, OH 44022<br>Tel. (216) 696-500<br>Fax. (216) 696-7005<br><br>**NILGES DRAHER LLC**<br>Hans A. Nilges (Admitted Pro Hac Vice)<br>hnilges@ohlaborlaw.com<br>7034 Braucher St., NW, Ste. B<br>North Canton, OH 44720<br>Tel. (330) 470-4428<br>Fax. (330) 754-1430<br><br>*Attorneys for Plaintiff and the Putative Class* | **LITTLER MENDELSON, P.C.**<br>Roger L. Grandgenett II, Nev. Bar No. 6323<br>rgrandgenett@littler.com<br>Emil Kim, Nev. Bar No. 14894<br>ekim@littler.com<br>3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, NV 89169.5937<br>Tel. (702) 862-8800<br>Fax. (702) 862-8811<br><br>Christian A. Angotti, *admitted pro hac vice*<br>cangotti@littler.com<br>Sean P. Dawson, *admitted pro hac vice*<br>sdawson@littler.com<br>Robert W. Pritchard, *admitted pro hac vice*<br>rpritchard@littler.com<br>625 Liberty Avenue, 26th floor<br>Pittsburgh, PA 15222<br>Tel. (412) 201-7628<br>Fax. (412) 774-1957<br><br>*Attorneys for Defendant* |

/ / /

/ / /

/ / /

– 1 –
FINAL REQUEST FOR EXTENSION OF STAY PENDING FURTHER SETTLEMENT DISCUSSIONS AND ORDER THEREON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL FALLINE on behalf of himself and all others similarly situated,<br><br>　　Plaintiff<br><br>　　v.<br><br>CORECIVIC OF TENNESSEE, LLC; and DOES 1-50,<br><br>　　Defendant | Case No.: 2:21-cv-01802-CDS-BNW<br><br>**STIPULATION TO EXTEND STAY PENDING FURTHER SETTLEMENT DISCUSSIONS AND ORDER THEREON**<br><br>**THIRD AND FINAL REQUEST** |
| ANTHONY TURNER on behalf of himself and all others similarly situated,<br><br>　　Plaintiff<br><br>　　v.<br><br>CORECIVIC OF TENNESSEE, LLC; and DOES 1-50,<br><br>　　Defendant | |

　　The Parties in this case, Plaintiff MICHAEL FALLINE ("Plaintiff Falline") by and through his counsel of record, HODGES & FOTY LLP, THE LAZZARO LAW FIRM, LLC, and NILGES DRAHER LLC, along with Plaintiff ANTHONY TURNER ("Plaintiff Turner") by and through his counsel of record, THIERMAN BUCK, LLP, and Defendant CORECIVIC OF TENNESSEE, LLC ("CoreCivic"), by and through their counsel of record, LITTLER MENDELSON, P.C., hereby submit a Joint Status Report pursuant to ECF No. 38.[1]

---

[1] The Court had previously granted the Parties' request to Stay the case pending mediation and ongoing settlement discussions. *See* ECF No. 30 (appears in docket of related consolidated Case No. 2:22-cv-00775-CDS-NJK) and ECF No. 38 of the consolidated cases, in the above captioned case and case number.

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com   www.thiermanbuck.com

The purpose of the Stay is to promote judicial economy and allow this court to more effectively control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and the litigants. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Pate v. DePay Orthopedics, Inc.*, 2012 WL 3532780, at * 2 (D. Nev. Aug. 14, 2012) ("A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case."), *citing Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979).

The Parties originally participated in mediation on October 11, 2022, with Mediator Carole Katz in an attempt to resolve all claims in this action. At the conclusion of the mediation session on October 11, 2022, the Parties agreed to keep the mediation open and continue engaging in meaningful dialogue and to continue to explore the possibility of early resolution through negotiation communications through the Holidays and into the New Year. The Parties remain engaged in settlement negotiations but require additional time to fully explore potential resolution. Accordingly, the Parties respectfully request an additional thirty (30) calendar days to continue to explore potential resolution ("Stay period"). Thus, upon the expiration of this final Stay period:

1) Should the Parties reach a settlement, the Parties shall file their motion for approval of the settlement by no later than the date of expiration of the stay.

/ / /

/ / /

/ / /

2) Should the Parties be unsuccessful at resolving all claims, the Parties shall set forth an updated proposed discovery plan and scheduling order.

Dated this 8th day of February 2023

THIERMAN BUCK, LLP

*/s/ Leah L. Jones*
Mark R. Thierman, No. 8285
Joshua D. Buck, No. 12187
Leah L. Jones, No. 13161
Joshua R. Hendrickson, No. 12225
7287 Lakeside Drive
Reno, Nevada 89511

HODGES & FOTY, LLP
Don J. Foty *Admitted Pro Hac Vice*
4409 Montrose Blvd., Ste. 200
Houston, TX, 77006

THE LAZZARO LAW FIRM, LLC
Anthony J. Lazzaro, *Admitted Pro Hac Vice*
The Heritage Building, Ste. 250
34555 Chagrin Blvd.
Moreland Hills, OH 44022

NILGES DRAHER LLC
Hans A. Nilges (Admitted Pro Hac Vice)
7034 Braucher St., NW, Ste. B
North Canton, OH 44720

*Attorneys for Plaintiff and the Putative Class*

Dated this 8th day of February 2023

LITTLER MENDELSON, P.C.

*/s/ Christian A. Angotti*
Roger L. Grandgenett II, Bar No. 6323
Emil Kim, Nev. Bar No. 14894
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169.5937

Christian A. Angotti, *admitted pro hac vice*
Sean P. Dawson, *admitted pro hac vice*
Robert W. Pritchard, *admitted pro hac vice*
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222

*Attorneys for Defendant*

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com  www.thiermanbuck.com

**ORDER**

**IT IS HEREBY ORDERED** that the Parties' Stipulation and Order to extend the Stay for thirty (30) calendar days in the above captioned matter is **granted**.

**IT IS FURTHER ORDERED** that the Parties will submit a Joint Status Report no later than thirty (30) calendar days from the entry of this Order to inform the Court if the Parties have come to an early resolution.

1) Should the Parties reach a settlement, the Parties shall file their motion for approval of the settlement by no later than the date of expiration of the Stay.

2) Should the Parties be unsuccessful at resolving all claims, the Parties shall set forth an updated proposed discovery plan and scheduling order.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: February 9, 2023