UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Michael Falline,

        Plaintiff

v.

CoreCivic of Tennessee, LLC,

        Defendant

_____

Anthony Turner,

        Plaintiff

v.

CoreCivic of Tennessee, LLC,

        Defendant

Case No.: 2:21-cv-01802-CDS-BNW

**Order Granting Plaintiffs' Unopposed Motion for Approval of Settlement**

[ECF No. 47]

On August 15, 2023, this court considered the plaintiffs' unopposed motion for approval of settlement under the Fair Labor Standards Act (FLSA). Having fully considered the motion, comments of counsel, and all supporting legal authorities, the court finds and orders that the motion is GRANTED as follows:

    A.    All capitalized terms in this APPROVAL ORDER have the same meaning as in the AGREEMENT that was attached to NAMED PLAINTIFFS' unopposed motion for entry of the APPROVAL ORDER as an order of court.

    B.    The COURT has jurisdiction over the claims asserted in the CIVIL ACTION and over the PARTIES to the CIVIL ACTION.

C.  The COURT reviewed the AGREEMENT and concludes that the AGREEMENT is adequate, fair, and reasonable. The COURT also finds that the AGREEMENT is adequate and in the best interests of the PARTIES and ELIGIBLE SETTLEMENT PARTICIPANTS, taking into consideration: (1) the benefits to NAMED PLAINTIFFS and ELIGIBLE SETTLEMENT PARTICIPANTS, (2) the strength and weaknesses of PLAINTIFFS' case. (3) the complexity, expense, and probable duration of further litigation; and (4) the risk and delay inherent in possible appeals. Accordingly, the AGREEMENT should be and is hereby approved.

D.  The COURT also finds that the AGREEMENT does not have a material, negative, impact on the legal rights possessed by any ELIGIBLE SETTLEMENT PARTICIPANTS who decline to accept the AGREEMENT because they are free to decline participant without taking any action on their part.

E.  Likewise, the determination of the individual payments as set forth in the AGREEMENT is approved as a fair, equitable, and reasonable allocation of the MAXIMUM GROSS SETTLEMENT AMOUNT. Accordingly, the AGREEMENT which provides for a total settlement of $500,000 is hereby approved in accordance with the Fair Labor Standards Act and Nevada state law, and it shall be administered in accordance with its terms.

E.  The having considered the motion and heard the representation of counsel in open court, the COURT finds the following payments identified in the AGREEMENT to be fair and reasonable and are approved:

1. the ATTORNEY'S FEES PAYMENT of $166,666.67,

2. the ADMINISTRATIVE COSTS of $8,443.00,

3. the ATTORNEY'S EXPENSES PAYMENT of $7,224.45, and

4. the SERVICE PAYMENT ALLOCATION of $10,000.00 ($5,000.00 to each Named Plaintiff).

F.  The COURT finds the release identified in the AGREEMENT to be fair and reasonable and is approved.

G. The COURT finds the Notice and Claim Form to be fair and reasonable and they are approved.

H. The deadline for the submission of timely and valid Claim Forms is 60 days from the date on which the SETTLEMENT ADMINISTRATOR first mails the NOTICE and CLAIM FORM to the ELIGIBLE SETTLEMENT PARTICIPANTS.

I. Therefore, the SETTLEMENT is APPROVED as a fair and reasonable compromise and settlement of the Fair Labor Standard Act claims for NAMED PLAINTIFFS and ELIGIBLE SETTLEMENT PARTICIPANTS, and this APPROVAL ORDER and the AGREEMENT are binding on NAMED PLAINTIFFS and all members of the FINAL SETTLEMENT CLASS and DEFENDANT.

J. The COURT shall conduct a hearing (hereinafter the "Final Approval and Fairness Hearing") on November 14, 2023, at 10:00 a.m. The Final Approval and Fairness Hearing may be rescheduled or continued by the court or upon stipulation of the parties. Attendance at the Final Approval and Fairness Hearing is not necessary. Class Members need not appear at the hearing or take any other action to indicate their approval of the proposed class action settlement.

IT IS SO ORDERED.

DATED: August 17, 2023

_____
Cristina D. Silva
United States District Judge