**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar 12225
joshh@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

**HODGES & FOTY, LLP**
Don J. Foty *Admitted Pro Hac Vice*
dfoty@hftrialfirm.com
2 Greenway Plaza, Suite 250
Houston, TX, 77046
Tel. (713) 523-0001
Fax. (713) 523-1116

**THE LAZZARO LAW FIRM, LLC**
Anthony J. Lazzaro, *Admitted Pro Hac Vice*
anthony@lazzarolawfirm.com
Alanna Klein Fischer, *Admitted Pro Hac Vice*
alanna@lazzarolawfirm.com
Lori M. Griffin, *Admitted Pro Hac Vice*
lori@lazzarolawfirm.com
Matthew S. Grimsley, *Admitted Pro Hac Vice*
matthew@lazzarolawfirm.com
The Heritage Building, Ste. 250
34555 Chagrin Blvd.
Moreland Hills, OH 44022
Tel. (216) 696-5000
Fax. (216) 696-7005

**NILGES DRAHER LLC**
Hans A. Nilges, *Admitted Pro Hac Vice*
hnilges@ohlaborlaw.com
7034 Braucher St., NW, Ste. B
North Canton, OH 44720
Tel. (330) 470-4428
Fax. (330) 754-1430

*Attorneys for Plaintiffs and the Putative Class*

**LITTLER MENDELSON, P.C.**
Roger L. Grandgenett II, Nev. Bar No. 6323
rgrandgenett@littler.com
Emil Kim, Nev. Bar No. 14894
ekim@littler.com
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169
Tel. (702) 862-8800
Fax. (702) 862-8811

Christian A. Angotti, *Admitted Pro Hac Vice*
cangotti@littler.com
Robert W. Pritchard, *Admitted Pro Hac Vice*
rpritchard@littler.com
625 Liberty Avenue, 26th floor
Pittsburgh, PA 15222
Tel. (412) 201-7628
Fax.  (412) 774-1957

*Attorneys for Defendant*

/ / /

/ / /

/ / /

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com  www.thiermanbuck.com

– 1 –

JOINT STATUS REPORT AND STIPULATION TO CONTINUE FINAL APPROVAL AND FAIRNESS HEARING AND ORDER THEREON

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com  www.thiermanbuck.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FALLINE on behalf of himself and all others similarly situated,<br><br>    Plaintiff<br><br>    v.<br><br>CORECIVIC OF TENNESSEE, LLC; and DOES 1-50,<br><br>    Defendant | Case No.: 2:21-cv-01802-CDS-BNW<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE FINAL APPROVAL AND FAIRNESS HEARING AND ORDER THEREON**<br><br>**FIRST REQUEST** |
| ANTHONY TURNER on behalf of himself and all others similarly situated,<br><br>    Plaintiff<br><br>    v.<br><br>CORECIVIC OF TENNESSEE, LLC; and DOES 1-50,<br><br>    Defendant | |

The Parties in this case, Plaintiff MICHAEL FALLINE ("Plaintiff Falline") by and through his counsel of record, HODGES & FOTY LLP, THE LAZZARO LAW FIRM, LLC, and NILGES DRAHER LLC, along with Plaintiff ANTHONY TURNER ("Plaintiff Turner") by and through his counsel of record, THIERMAN BUCK, LLP, and Defendant CORECIVIC OF TENNESSEE, LLC ("CoreCivic"), by and through its counsel of record, LITTLER MENDELSON, P.C., hereby request and stipulate to a continuance of the November 14, 2023 Final Approval and Fairness Hearing to January 2024 or shortly thereafter.  This is the Parties' first request to continue this Final Approval and Fairness Hearing.

Notice and Claim Forms were mailed to eligible settlement participants on September 14, 2023.  Pursuant to the terms of the Parties' Settlement Agreement (ECF No. 47-1) and the Court's

**THERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thermanbuck.com  www.thermanbuck.com

Order Granting Plaintiffs' Unopposed Motion for Approval of Settlement (ECF No. 51), the deadline for eligible settlement participants to submit valid Claim Forms ("Bar Date") is sixty (60) days from the date of mailing, or November 13, 2023.  As the Final Approval and Fairness Hearing is currently set to occur only one (1) day after the Bar Date (*see id*.), the Parties are requesting a short continuance to allow sufficient time for the Settlement Administrator to resolve any deficient submissions and provide a list of all Final Settlement Class Members.  Pursuant to the Parties' Settlement Agreement, the Settlement Administrator shall provide the list of all Final Settlement Class Members "[a]s soon as practicable following the Bar Date and the resolution of any deficient submissions."  *See* § 3.7 of the Parties' Settlement Agreement, ECF No. 47-1.  The resolution of any deficient submissions may take at least a month to resolve given the timeline for doing so contained in section 3.6 of the Parties Settlement Agreement (and the upcoming holiday season).

In addition to resolving any deficient submissions, the proposed continuance would also give the parties sufficient time thereafter to file a stipulation of dismissal before the Final Approval and Fairness Hearing – which, as contemplated by the Court during the August 15, 2023, hearing, the Court would "grant without hearing being necessary." ECF No. 50.

/ / /

/ / /

/ / /

JOINT STATUS REPORT AND STIPULATION TO CONTINUE FINAL APPROVAL AND FAIRNESS HEARING AND ORDER THEREON

This Stipulation is made in good faith and not for the purposes of undue burden or delay.

**IT IS SO STIPULATED:**

Dated this 9th day of November 2023                    Dated this 9th day of November 2023

THIERMAN BUCK, LLP                                    LITTLER MENDELSON, P.C.

*/s/Joshua D. Buck*                                   */s/Christian A. Angotti*

Mark R. Thierman, No. 8285                            Roger L. Grandgenett II, Bar No. 6323
Joshua D. Buck, No. 12187                             Emil Kim, Nev. Bar No. 14894
Leah L. Jones, No. 13161                              3960 Howard Hughes Parkway, Suite 300
Joshua R. Hendrickson, No. 12225                      Las Vegas, NV 89169.5937
7287 Lakeside Drive
Reno, Nevada 89511                                    Christian A. Angotti, *Admitted Pro Hac Vice*
                                                      Robert W. Pritchard, *Admitted Pro Hac Vice*
HODGES & FOTY, LLP                                    625 Liberty Avenue, 26th Floor
Don J. Foty *Admitted Pro Hac Vice*                   Pittsburgh, PA 15222
2 Greenway Plaza, Suite 250
Houston, TX, 77046                                    *Attorneys for Defendant*

THE LAZZARO LAW FIRM, LLC
Anthony J. Lazzaro, *Admitted Pro Hac Vice*
Alanna Klein Fischer, *Admitted Pro Hac Vice*
Lori M. Griffin, *Admitted Pro Hac Vice*
Matthew S. Grimsley, *Admitted Pro Hac Vice*
The Heritage Building, Ste. 250
34555 Chagrin Blvd.
Moreland Hills, OH 44022

NILGES DRAHER LLC
Hans A. Nilges, *Admitted Pro Hac Vice*
7034 Braucher St., NW, Ste. B
North Canton, OH 44720

*Attorneys for Plaintiffs and the Putative Class*

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

JOINT STATUS REPORT AND STIPULATION TO CONTINUE FINAL APPROVAL AND FAIRNESS HEARING AND ORDER THEREON

**THERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com  www.thiermanbuck.com

## ORDER

**IT IS HEREBY ORDERED** that the parties' stipulation to continue the Final Approval and Fairness Hearing in the above captioned matter **[ECF No. 52] is granted**. The Final Approval  and Fairness Hearing scheduled for November 14, 2023 is continued to <u>January 16, 2024</u> at the hour of 1:00 p.m. in courtroom 6B.

Dated: November 13, 2023

_____
UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND STIPULATION TO CONTINUE FINAL APPROVAL AND FAIRNESS HEARING AND ORDER THEREON